ALEXANDER HARVEY, Appellant, *v.* SAMUEL McCONCHIE, Respondent.

*Harvey* v. *McConchie,* 77 App. Div. 361, affirmed.
(Argued January 13, 1904; decided January 29, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1903, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Theodore B. Chancellor* and *Abraham Gruber* for appellant.

*Joseph Fettretch* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Absent: HAIGHT, J.

---

HAMILTON B. TOMPKINS, Respondent *v.* FRANK B. McGAY et al., Appellants, and E. ELLERY ANDERSON, as Assignee of HATCH & FOOTE et al., Respondents, Impleaded with Others.

*Tompkins* v. *Hatch,* 76 App. Div. 620, affirmed.
(Argued January 13, 1904; decided January 29, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1902, affirming a judgment in favor of respondents entered upon the report of a referee.

*Charles De Hart Brower* and *Seth B. Robinson* for appellants.

*Frederick H. Man* and *Thomas J. Sanson* for plaintiff, respondent.

*O. P. Metcalf, James Anderson Hawes* and *Felix Jellenik* for defendants, respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Absent: HAIGHT, J.